IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Philip Daniel Rowe,

        Plaintiff

vs.                                Case No. CIV-09-735 LH/GBW

Focus Receivables Management, LLC,

        Defendant

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Settlement, with leave for Plaintiff to seek reinstatement within Ninety (90) days from the date of entry of this notice. Plaintiff seeks this leave so as to have ample time to conclude the settlement process. If this case has not been reinstated within Ninety (90) days from the date of entry of this notice, or a motion for reinstatement has not been filed by said date, then Plaintiff shall file a dismissal *with* prejudice.

Respectfully Submitted,

s/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 11th day of January, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 11th day of January, 2010 to:

Mr. S. Charles Archuleta
Attorney
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque NM 87103


By: s/Tremain Davis
      Tremain Davis