IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Philip Daniel Rowe,

    Plaintiff,

vs.                                                    CIV-09-735 LH/GBW

Focus Receivables Management, LLC,

    Defendant.

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Defendant, Focus Receivables Management, LLC, by and through its counsel of record, Keleher & McLeod, P.A. (S. Charles Archuleta and Eduardo A. Provencio) and Plaintiff, Philip Daniel Rowe, by and through its attorneys of record, Weisberg and Meyers, LLC, hereby jointly move for dismissal with prejudice of any and all claims that have been or could have been brought in this action against Defendant and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff, with the parties to bear their own costs and attorneys' fees.  As grounds for this motion, the parties advise the Court that this matter has been settled.

                                        Respectfully submitted,

                                        **KELEHER & McLEOD, P.A.**

                                        By: /s/ S. Charles Archuleta
                                           S. Charles Archuleta
                                           Eduardo A. Provencio
                                           P.O. Box AA
                                           Albuquerque, New Mexico  87103
                                           *Attorneys for Defendant*

                **WEISBERG AND MEYERS, LLC**

        By: s/Larry Leshin
           Larry Leshin, Esq.
           1216 Indiana Street NE
           Albuquerque, NM 87110
           Fax: 866-565-1327
           *Attorney for Plaintiff*

*83768*