IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Philip Daniel Rowe,

        Plaintiff,

vs.                                                         No. CIV 09-735 LH/GBW

Focus Receivables Management, LLC,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Motion For Dismissal With Prejudice filed by Plaintiff and Defendant, Focus Receivables Management, LLC. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Philip Daniel Rowe, brought or could have brought in this action against Defendant, Focus Receivables Management, LLC, and against its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

_____
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED:**

**WEISBERG AND MEYERS, LLC**

By: s/ Larry Leshin
    Larry Leshin, Esq.
    1216 Indiana Street NE
    Albuquerque, NM  87110
    Fax: 866-565-1327
    *Attorney for Plaintiff*


and


**KELEHER & McLEOD, P.A.**


By: /s/ S. Charles Archuleta
    S. Charles Archuleta
    Eduardo A. Provencio
    P.O. Box AA
    Albuquerque, New Mexico  87103
    *Attorneys for Defendant*